**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7303**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES ANTHONY BROWN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, District Judge. (CR-94-297, CA-98-2620-12-4)

_____

Submitted:  September 20, 2001      Decided:  September 25, 2001

_____

Before LUTTIG, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles Anthony Brown, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Anthony Brown appeals the district court's orders and judgment denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we grant Brown's motion to supplement his informal brief, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>United States v. Brown</u>, Nos. CR-94-297; CA-98-2620-12-4 (D.S.C. filed Aug. 14, 2000, entered Aug. 15, 2000; filed Aug. 24, 2000, entered Aug. 25, 2000 & Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2